NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH WIENDL,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No.  2D18-4527
                                        )                 2D19-145
STEPHANIE WIENDL,                       )
                                        )       **<u>CONSOLIDATED</u>**
            Appellee.                   )
_____ )

Opinion filed September 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Wesley D. Tibbals,
Judge.

Joseph Wiendl, pro se.

Robert M. Brush of Brush & Coyle, P.A.,
Lakeland, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.